IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | ) | |
| JOHN D'ALESSIO, M.D.; | ) | |
| ALEXANDER FISHER, M.D; and | ) | |
| HEATHER HAGERMAN, M.D. | ) | No. 3-11-0467 |
| | ) | |
| v. | ) | |
| | ) | |
| VANDERBILT UNIVERSITY; | ) | |
| VANDERBILT UNIVERSITY | ) | |
| MEDICAL CENTER; and THE | ) | |
| VANDERBILT MEDICAL GROUP | ) | |
| AND CLINIC | ) | |

O R D E R

The relators' motion to amend briefing schedule (Docket Entry No. 81) is GRANTED.

The time for the defendants to file a response to the complaint is extended from December 19, 2014, to January 20, 2014. If the defendants file a motion to dismiss, the relators shall have until February 19, 2014, to file a response. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by March 5, 2014, if the response is filed on February 19, 2014.

No other filings in support of or in opposition to any such motion to dismiss shall be made except with the express permission of the Honorable Todd J. Campbell.

There shall be no stay of discovery pending the resolution of any such motion to dismiss.

No party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment.

Except as modified herein, the order entered November 22, 2013 (Docket Entry No. 80), remains in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge