IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA, et al. )
ex rel. JOHN D'ALESSIO, M.D.; )
ALEXANDER FISHER, M.D; and )
HEATHER HAGERMAN, M.D. ) No. 3-11-0467
)
v. )
)
VANDERBILT UNIVERSITY; )
VANDERBILT UNIVERSITY )
MEDICAL CENTER; and THE )
VANDERBILT MEDICAL GROUP )
AND CLINIC )

O R D E R

Pursuant to the order entered April 3, 2014 (Docket Entry No. 100), counsel for the parties called the Court on April 11, 2014, at which time the following matters were addressed;

1. The parties have propounded written discovery to which no responses have yet been served.

2. Although some exchange of information will probably be necessary, the parties may be able to rely upon the government's investigation so as to allow counsel for the relators and the defendants to initiate discussions in the near future about the potential for settlement.

3. Counsel confirmed that there was no need to revisit any scheduling deadlines provided in the orders entered February 3, 2014 (Docket Entry Nos. 87-88).

4. Counsel for the parties may call the Court at any time to address the potential for settlement, propriety of ADR, and/or any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge